IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Miller, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 2:98-cv-0275 |
| Reginald Wilkinson, et al., | : | JUDGE SARGUS |
| Defendants. | : | |

## ORDER

On December 28, 2007, defendants moved for the issuance of injunctive relief to prevent members of the plaintiff class from pursuing claims about the Asatru religion in two other, later-filed cases pending in this Court, *Eberle v. Wilkinson*, 2:03-cv-272, and *Ratcliff v. Wilkinson*, 1:05-cv-582. Various memoranda and motions have been filed in connection with that motion. For the following reasons, all of them will be denied.

Similar motions relating to the allegedly duplicative claims were filed in both the *Eberle* and *Ratcliff* cases. In *Eberle*, the Court granted the defendants' request to dismiss claims for injunctive relief and to stay damages claims to the extent that they overlapped with claims presented here. Thus, the request for injunctive relief in this case as it pertains to the *Eberele* case has been rendered moot. Similarly, the Court in *Ratcliff* has been dealing with this issue and it has currently been recommitted to the Magistrate Judge in that case for further consideration. The rulings made in *Ratcliff* either have or will make moot the request for injunctive relief in this case.

For the foregoing reasons, the Court **DENIES AS MOOT** the following motions: #371, #375, #384, and #385.

Date: 9-30-2008

Edmund A. Sargus, Jr.
United States District Judge