AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JOHN MILLER, et al.,

       Plaintiffs,

vs.

       **JUDGMENT IN A CIVIL CASE**

REGINALD WILKINSON, et al.,

       CASE NO. C2-98-275
       JUDGE EDMUND A. SARGUS, JR.
       MAGISTRATE JUDGE TERENCE P. KEMP

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

   **Pursuant to the Opinion and Order filed September 30, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 30, 2010                        JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk